

370 W. Las Colinas Blvd. Suite 220          Attorneys & Counselors at Law          *p.* 800.349.1254
Irving, TX 75039                                                                                      *e.* info@lha-law.com

*<u>**Via Docket Entry**</u>*
*Honorable Christopher M. Alston*
*US Bankruptcy Court*
*Western District of Washington*
*700 Stewart Street, Room 7216*
*Seattle, WA 98101*

*Re:     In re Bubbles & Barks, LLC and Bubbles & Barks Holdings, LLC*
*         Re: Hearing on Motion for Use of Cash Collateral*
*         Hearing: 5/7/2026 at 9:30 AM*
*         Location: 700 Stewart Street, Courtroom 7206, Seattle, WA 98101*
.

Dear Honorable Christopher M. Alston:

I hereby request to appear at the Motion for Use of Cash Collateral on behalf of Live Oak Banking Company scheduled for 5/7/2026 at 9:30 AM by telephone.  I make this request because my office is located in Irving, TX, and it is not economical for me to travel to Seattle, WA to appear on this matter.

Best Regards,

Liepold Harrison & Associates, PLLC

/s/ Kristin A. Zilberstein

Kristin A. Zilberstein, Esq.