**UNITED STATES BANKRUPTCY COURT**

WESTERN DISTRICT OF WASHINGTON

_____

Erin Anderson
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA  98101
(206) 370-5330

May 1, 2026

**<u>Via CM/ECF</u>**

Kristin A. Zilberstein
Liepold Harrison & Associates, PLLC
370 W. Las Colinas Blvd. Suite 220
Irving, TX 75039

> Re: **<u>Bubbles & Barks, LLC,</u>** Case No. 26-11088 (*lead case*)
> **<u>Bubbles & Barks Holdings, LLC,</u>** Case No. 26-11089 (*jointly administered*)

Dear Ms. Zilberstein:

The Court received your letter filed on April 30, 2026 (ECF No. 26) requesting to appear by telephone for the hearing on the Debtor's Motion for Use of Cash Collateral set for May 7, 2026, at 9:30 a.m. in the above referenced proceeding.  The purpose of this letter is to inform you that Judge Alston has denied your request.  The Court does not permit telephonic appearances for attorneys intending to argue significant motions.  If you wish to appear at the hearing, you must do so in person.

Sincerely,

*Erin M. Anderson*

Erin Anderson
Law Clerk to Christopher M. Alston